

# SEALED
# FELONY

## UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### ˙SUPERSEDING INDICTMENT FOR VIOLATIONS
### OF THE FEDERAL GUN CONTROL ACT
### <u>AND THE FEDERAL CONTROLLED SUBSTANCES ACT</u>

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO: 06-269** |
| **v.** | * | **SECTION:  "I"** |
| **JEREME THOMAS** | * | **VIOLATION:** 21 U.S.C. § 846 |
| aka "Skinny" | | 21 U.S.C. § 841(a)(1) |
| **TRAVIS RANDOLPH** | | 21 U.S.C. § 856 |
| **RONNELL VALLERY** | * | 18 U.S.C. § 2 |
| aka "Poppa" | | 18 U.S.C. § 924(c)(1)(A) |
| **TONY JONES** | * | 18 U.S.C. § 922(g)(1) |
| aka "Boochie" | | 18 U.S.C. § 924(o) |
| **MICHAEL RANDOLPH** | | 21 U.S.C. § 841(a)(1) |
| aka "Pie" | * | |
| **KENTRON MATHIEU** | | |
| aka "Tron" | | |
| **JEREMIAH THOMAS** | | |
| aka "Fat" | * | |
| **LEROY CARTER** | | |
| aka "Juice" | | |
| **EDDIE CHANEY** | | |

\*      \*      \*

The Grand Jury charges that:

\_ Fee\_\_\_\_\_
\_ Process\_\_\_\_\_
X Dktd\_\_\_\_\_
\_ CtRmDep\_\_\_\_\_
\_ Doc. No\_\_\_\_\_

## COUNT 1

Beginning on a date unknown, but prior to January 1, 2000, and continuing to on or about November 3, 2006, in the Eastern District of Louisiana and elsewhere, the defendants, **TRAVIS RANDOLPH, MICHAEL RANDOLPH** also known as (hereinafter aka ) "Pie", **RONNELL VALLERY** aka "Poppa", **KENTRON MATHIEU** aka "Tron", **TONY JONES** aka "Boochie", **JEREMIAH THOMAS** aka "Fat", **JEREME THOMAS** aka "Skinny", **LEROY CARTER** aka "Juice", and **EDDIE CHANEY** did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons known and unknown to the Grand Jury, to possess with the intent to distribute 50 grams or more of cocaine base ("crack") and a quantity of cocaine hydrochloride, both Schedule II narcotic drug controlled substances and a quantity of heroin and marijuana, both Schedule I drug controlled substances; in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(C) and 841(b)(1)(D); all in violation of Title 21, United States Code, Section 846.

## COUNT 2

Beginning on a date unknown, but prior to January 1, 2000, and continuing to on or about November 3, 2006, in the Eastern District of Louisiana, the defendants, **TRAVIS RANDOLPH, MICHAEL RANDOLPH** aka "Pie", **RONNELL VALLERY** aka "Poppa" , **KENTRON MATHIEU** aka "Tron" , **TONY JONES** aka "Boochie", **JEREMIAH THOMAS** aka "Fat", **JEREME THOMAS** aka "Skinny", **LEROY CARTER** aka "Juice", and **EDDIE CHANEY** did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons known and unknown to the Grand Jury, during and in relation to a drug trafficking crime, to use and carry firearms, and possess firearms in furtherance of the drug trafficking crime, to wit:

a conspiracy to possess with the intent to distribute cocaine base, cocaine hydrochloride, heroin, and marijuana; all in violation of Title 18, United States Code, Section 924(o).

## COUNT 3

Beginning on a date unknown, but prior to January 1, 2004, and continuing to on or about November 3, 2006, in the Eastern District of Louisiana, the defendants, **RONNELL VALLERY** aka "Poppa", and **LEROY CARTER** aka "Juice", while controlling a residence located at 1910 Second Street, New Orleans, Louisiana, as residents, occupants, and guests, did knowingly and intentionally make available for use without compensation said single family dwelling for the purpose of unlawfully manufacturing, distributing, storing, and using controlled substances, to wit, cocaine base ("crack"), cocaine hydrochloride, heroin, 3, 4 methylenedioxmethamphetamine (Ecstacy), and marijuana, all drug controlled substances; all in violation of Title 21, United States Code, Sections 856(a)(1), 856(a)(2) and Title 18, United States Code, Section 2.

## COUNT 4

On or about December 24, 2001, in the Eastern District of Louisiana, the defendant, **TRAVIS RANDOLPH,** did knowingly and intentionally possess with the intent to distribute fifty grams or more of cocaine base ("crack"), a Schedule II narcotic drug controlled substance, and a quantity of marijuana, a Schedule I drug controlled substances, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 841(b)(1)(D).

## COUNT 5

On or about January 13, 2002, in the Eastern District of Louisiana, the defendant, **TRAVIS RANDOLPH, KENTRON MATHIEU** aka "Tron", and **MICHAEL RANDOLPH** aka "Pie" did knowingly and intentionally possess with the intent to distribute a quantity of cocaine base ("crack"), a Schedule II narcotic drug controlled substance, and a quantity of marijuana, a Schedule I drug controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 841(b)(1)(D) and Title 18, United States Code, Section 2.

## COUNT 6

On or about October 15, 2002, in the Eastern District of Louisiana, the defendant, **TRAVIS RANDOLPH,** did knowingly and intentionally distribute and possess with the intent to distribute a quantity of marijuana, a Schedule I drug controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(D) and Title 18, United States Code, Section 2. .

## COUNT 7

On or about January 10, 2003, in the Eastern District of Louisiana, the defendants, **TRAVIS RANDOLPH** and **TONY JONES** aka "Boochie", did knowingly and intentionally possess with the intent to distribute a quantity of cocaine base ("crack"), a Schedule II narcotic drug controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 8

On or about September 4, 2003, in the Eastern District of Louisiana, the defendant, **TRAVIS RANDOLPH,** did knowingly and intentionally possess with the intent to distribute a quantity of cocaine base ("crack"), a Schedule II narcotic drug controlled substance, and a quantity of heroin,

a Schedule I drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 9

On or about December 15, 2003, in the Eastern District of Louisiana, the defendant, **TRAVIS RANDOLPH,** did knowingly and intentionally possess with the intent to distribute a quantity of cocaine base ("crack"), a Schedule II narcotic drug controlled substance, and a quantity of heroin, a Schedule I drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 10

On or about December 23, 2003, in the Eastern District of Louisiana, the defendant, **TRAVIS RANDOLPH,** did knowingly and intentionally possess with the intent to distribute a quantity of heroin and marijuana, both Schedule I drug controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 841(b)(1)(d) and Title 18, United States Code, Section 2.

## COUNT 11

On or about July 16, 2004, in the Eastern District of Louisiana, the defendant, **TRAVIS RANDOLPH,** did knowingly and intentionally possess with the intent to distribute a quantity of heroin, a Schedule I drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code Section 2.

## COUNT 12

On or about July 16, 2004, in the Eastern District of Louisiana, the defendant, **TRAVIS RANDOLPH,** did knowingly possess a firearm, to wit: Calwestco, Jennings .22 caliber handgun, serial number 370488, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with the intent to distribute heroin, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 18, United States Code, Section 924(c)(1)(A) and Title 18, United States Code, Section 2.

## COUNT 13

On or about July 16, 2004, in the Eastern District of Louisiana, the defendant, **TRAVIS RANDOLPH,** having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on January 24, 2002, in Orleans Parish Criminal District Court, Case No. 425-337, for possession of crack cocaine, in violation of LA. R.S. 40:967, did knowingly possess in and affecting interstate commerce, a firearm, to wit: a Calwestco, Jennings .22 caliber handgun, serial number 370488; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) and Title 18, United States Code Section 2.

## COUNT 14

On or about July 20, 2004, in the Eastern District of Louisiana, the defendant, **EDDIE CHANEY,** did knowingly and intentionally distribute a quantity of cocaine base ("crack"), a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

-6-

## COUNT 15

On or about August 30, 2004, in the Eastern District of Louisiana, the defendant, **RONNELL VALLERY** aka "Poppa", did knowingly and intentionally distribute a quantity of cocaine base ("crack"), a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 16

On or about November 19, 2005, in the Eastern District of Louisiana, the defendant, **TONY JONES** aka "Boochie", did knowingly and intentionally possess with the intent to distribute a quantity of cocaine hydrochloride, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 17

On or about November 21, 2005, in the Eastern District of Louisiana, the defendants, **TRAVIS RANDOLPH** and **MICHAEL RANDOLPH** aka "Pie", did knowingly and intentionally possess with the intent to distribute a quantity of cocaine base ("crack"), a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2..

## COUNT 18

On or about November 21, 2005, in the Eastern District of Louisiana, the defendants, **TRAVIS RANDOLPH** and **MICHAEL RANDOLPH** aka "Pie", did knowingly possess two firearms, to wit: a Stevens, Model 860 .22 caliber rifle, serial number unknown, and an unknown make and model 20 gauge shotgun, serial number unknown, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, to wit: possession with the

intent to distribute cocaine base "(crack)", in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 18, United States Code, Section 924(c)(1)(A) and Title 18, United States Code, Section 2.

## COUNT 19

On or about November 21, 2005, in the Eastern District of Louisiana, the defendant, **TRAVIS RANDOLPH,** having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on January 24, 2002, in Orleans Parish Criminal District Court, Case No. 425-337, for possession of crack cocaine, in violation of LA. R.S. 40:967, did knowingly possess in and affecting interstate commerce, two firearms, to wit: a Stevens, Model 860 shotgun with an unknown serial number and an unknown make and model shotgun with an unknown serial number; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 20

On or about November 21, 2005, in the Eastern District of Louisiana, the defendant, **MICHAEL RANDOLPH** aka "Pie", having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on January 19, 1999, in Orleans Parish Criminal District Court, Case No. 403-978, for possession of crack cocaine, in violation of LA. R.S. 40:967; a conviction on August 17, 2000, in Orleans Parish Criminal District Court, Case No. 415-270, for possession of crack cocaine, in violation of LA. R.S. 40:967; and a conviction on November 7, 2003, in Orleans Parish Criminal District Court, Case No. 438-254, for possession of crack cocaine and heroin, in violation of LA. R.S. 40:967; did knowingly possess in and affecting interstate commerce, two firearms, to wit: a Stevens, Model 860 shotgun with an unknown serial

number and an unknown make and model shotgun with an unknown serial number; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT 21

On or about March 9, 2006, in the Eastern District of Louisiana, the defendant, **MICHAEL RANDOLPH** aka "Pie", having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on January 19, 1999, in Orleans Parish Criminal District Court, Case No. 403-978, for possession of crack cocaine, in violation of LA. R.S. 40:967; a conviction on August 17, 2000, in Orleans Parish Criminal District Court, Case No. 415-270, for possession of crack cocaine, in violation of LA. R.S. 40:967; and a conviction on November 7, 2003, in Orleans Parish Criminal District Court, Case No. 438-254, for possession of crack cocaine and heroin, in violation of LA. R.S. 40:967; did knowingly possess in and affecting interstate commerce, a firearm, to wit: a Keltec, Model PLR-16, 5.56 mm caliber rifle, serial number P0554; all in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 2.

### COUNT 22

On or about March 9, 2006, in the Eastern District of Louisiana, the defendant, **TRAVIS RANDOLPH,** having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on January 24, 2002, in Orleans Parish Criminal District Court, Case No. 425-337, for possession of crack cocaine, in violation of LA. R.S. 40:967, did knowingly possess in and affecting interstate commerce, a firearm, to wit: a Keltec, Model PLR-16, 5.56 mm caliber rifle, serial number P0554; all in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 2.

## COUNT 23

On or about March 16, 2006, in the Eastern District of Louisiana, the defendants, **TRAVIS RANDOLPH**, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on January 24, 2002, in Orleans Parish Criminal District Court, Case No. 425-337, for possession of crack cocaine, in violation of LA. R.S. 40:967, did knowingly possess in and affecting interstate commerce, a firearm, to wit: a Romarm, Model AK-47 semi-automatic rifle, serial number AM-1251-82; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) and Title 18, United States Code, Section 2.

## COUNT 24

On or about March 16, 2006, in the Eastern District of Louisiana, the defendants, **TRAVIS RANDOLPH** and **LEROY CARTER** aka "Juice", did knowingly possess a firearm, to wit: a Romarm, Model AK-47 semi-automatic rifle, serial number AM-1251-82 in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, to wit: conspiracy to possess with the intent to distribute cocaine base "(crack)", in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 18, United States Code, Section 924(c)(1)(A) and Title 18, United States Code, Section 2.

## COUNT 25

On or about May 29, 2006, in the Eastern District of Louisiana, the defendants, **JEREMIAH THOMAS** and **KENTRON MATHIEU** aka "Tron", did knowingly and intentionally possess with the intent to distribute a quantity of cocaine base ("crack"), a Schedule II narcotic drug controlled

substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 26

On or about May 29, 2006, in the Eastern District of Louisiana, the defendants, **JEREMIAH THOMAS** and **KENTRON  MATHIEU** aka "Tron", did knowingly possess two firearms, to wit: a Keltec semi-automatic rifle, serial number P-0554, and a Ruger .223 caliber rifle, serial number 186-95392, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, to wit: possession with the intent to distribute cocaine base ("crack"), in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 18, United States Code, Section 924(c)(1)(A) and Title 18, United States Code, Section 2.

## COUNT 27

On or about May 29, 2006, in the Eastern District of Louisiana, the defendant, **JEREMIAH THOMAS** aka "Fat", having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on March 3, 2005, in Orleans Parish Criminal District Court, Case No. 452-041, for attempted possession of cocaine and heroin, in violation of LA. R.S. 40:(979)967, and a conviction on August 10, 2005,  in Orleans Parish Criminal District Court, Case No. 458-736, for attempted possession of cocaine and heroin, in violation of LA. R.S. 40:(979)967 did knowingly possess in and affecting interstate commerce, two firearms, to wit; a  Keltec semi-automatic rifle, serial number P-0554, and a Ruger .223 caliber rifle, serial number 186-95392; all in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.

## COUNT 28

On or about May 29, 2006, in the Eastern District of Louisiana, the defendant, **KENTRON MATTHIEU** aka "Tron", having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on October 17, 2003, in Orleans Parish Criminal District Court, Case No. 442-329, for possession of crack cocaine, in violation of LA. R.S. 40:967, did knowingly possess in and affecting interstate commerce, , two firearms, to wit; a Keltec semi-automatic rifle, serial number P-0554, and a Ruger .223 caliber rifle, serial number 186-95392; all in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.

## COUNT 29

On or about June 1, 2006, in the Eastern District of Louisiana, the defendant, **JEREME THOMAS** aka "Skinny", having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on April 8, 2004, in Orleans Parish Criminal District Court, Case No. 447-135, for possession of crack cocaine, in violation of LA. R.S. 40:967, did knowingly possess in and affecting interstate commerce, a firearm, to wit: an unknown .9mm semiautomatic handgun with an unknown serial number; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 30

On or about September 8, 2006, in the Eastern District of Louisiana, the defendant, **LEROY CARTER** aka "Juice", did knowingly and intentionally  distribute a quantity of cocaine base ("crack"), a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

-12-

## COUNT 31

On or about September 11, 2006, in the Eastern District of Louisiana, the defendant, **LEROY CARTER** aka "Juice", did knowingly and intentionally  distribute a quantity of cocaine base ("crack"), a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## NOTICE OF DRUG FORFEITURE

1.      The allegations of Counts  1, 3, 4, 5, 6, 7, 8, 9, 10, 11, 14, 15, 16, 17, 25, 30, and 31 of this Superseding Indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2.      As a result of the offenses alleged in Counts 1, 3, 4, 5, 6, 7, 8, 9, 10, 11, 14, 15, 16, 17, 25, 30, and 31 the defendants, **TRAVIS RANDOLPH, MICHAEL RANDOLPH** aka "Pie", **RONNELL VALLERY** aka "Poppa", **KENTRON MATHIEU** aka "Tron", **TONY JONES** aka "Boochie", **JEREMIAH THOMAS**  aka "Fat", **JEREME THOMAS** aka "Skinny", **LEROY CARTER** aka "Juice", and **EDDIE CHANEY** shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts  1, 3, 4, 5, 6, 7, 8, 9, 10, 11, 14, 15, 16, 17, 25, 30, and 31 of this Superseding Indictment.

3.      If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendants:

   a.      cannot be located upon the exercise of due diligence;

   b.      has been transferred or sold to, or deposited with, a third person;

   c.      has been placed beyond the jurisdiction of the Court;

   d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be subdivided
without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek

forfeiture of any other property of said defendants up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

## NOTICE OF GUN FORFEITURE

1.      The allegations of Counts 2, 12, 13,  18, 19, 20,  21, 22, 23, 24, 26, 27, 28, and 29 of

this Superseding Indictment are realleged and incorporated by reference as though set forth fully

herein for the purpose of alleging forfeiture to the United States of America pursuant to the

provisions of Title 18, United States Code, Section 924 (d)(1) and Title 28, United States Code,

Section 2461(c).

2.      As a result of the offenses alleged in Counts 2, 12, 13,  18, 19, 20,  21, 22, 23, 24, 26,

27, 28, and 29 , the defendants, **TRAVIS RANDOLPH, MICHAEL RANDOLPH** aka "Pie",

**RONNELL VALLERY** aka "Poppa", **KENTRON MATHIEU** aka "Tron", **TONY JONES** aka

"Boochie", **JEREMIAH THOMAS**  aka "Fat", **JEREME THOMAS** aka "Skinny", **LEROY**

**CARTER** aka "Juice", and **EDDIE CHANEY** shall forfeit to the United States pursuant to Title

18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461, any

firearm or ammunition, which was involved in or used in a knowing violation of Title 18, United

States Code, Section 924(c)(1)(A).

3.      If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of

Forfeiture, as a result of any act or omission of the defendant:

a.      cannot be located upon the exercise of due diligence;

     b.      has been transferred or sold to, or deposited with, a third person;

     c.      has been placed beyond the jurisdiction of the Court;

     d.      has been substantially diminished in value; or

     e.      has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(d)(1).

A TRUE BILL:

_____
**FOREPERSON**

_____
**JIM LETTEN**
**UNITED STATES ATTORNEY**
**Bar Roll No. 8517**

_____
**JAN MASELLI MANN**
**Chief, Criminal Division**
**Assistant United States Attorney**
**Bar Roll No. 9020**

_____
**MAURICE E. LANDRIEU, JR**
**Assistant United States Attorney**
**Bar Roll No. 22104**

_____
**DUANE EVANS**
**Assistant United States Attorney**
**Bar Roll No. 24086**

New Orleans, Louisiana
November 3, 2006

-16-

FORM OBD-34
APR. 91

No 06-269 "I"

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### THE UNITED STATES OF AMERICA

vs.

JEREME THOMAS, a/k/a "Skinny"; TRAVIS RANDOLPH;
RONNELL VALLERY, a/k/a "Cook"; TONY JONES, a/k/a "Boochie"
MICHAEL RANDOLPH, a/k/a "Pie"; KENTRON MATHIEU, a/k/a
"Tron"; JEREMIAH THOMAS, a/k/a "Fat"; LEROY CARTER, a/k/a
"Juice"; EDDIE CHANEY

## INDICTMENT

SUPERSEDING INDICTMENT FOR VIOLATION
OF THE FEDERAL GUN CONTROL ACT AND THE
FEDERAL CONTROLLED SUBSTANCES ACT

VIOLATION:   21 USC § 846, § 841(a)(1), § 856
18 USC § 2, § 924(c)(1)(A), § 922(g)(1), § 924(o)

A true bill.

Foreman

Filed in open court this _____ day of _____ A.D. 200 ___

Clerk

Bail, $ _____

MAURICE E. LANDRIEU, JR.
ASSISTANT U.S. ATTORNEY